# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr., Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Jennie P. Archer\**
*Kelleen E. Stanley\**
*Lu'Shell K. Alexander\**

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

March 1, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      **RE:**    **Chapter 13 Bankruptcy**
                **Case No. 18-13271 (ABA)**
                **Debtor(s) Name: Stephen Agresta**

Dear Judge Altenburg:

      Please accept this letter in lieu of a more formal response to Debtor's Motion to Allow Debtor to Appear at §341(a) Meeting of Creditors Telephonically which is currently returnable March 12, 2019, at 10:00 a.m.

      Debtor comes before the Court twelve (12) months after his bankruptcy was filed on a Motion to Allow Debtor to Appear at his §341(a) Meeting of Creditors Telephonically. Debtor certifies that he has been in and out of the hospital since September and is currently in a rehab facility after having surgery to repair a spinal cord fracture. Therefore, he cannot appear at a §341(a) hearing. Debtor failed to provide any documents to support his motion. Consequently, the Trustee cannot verify the need to conduct the §341 Meeting telephonically.

      Procedurally, Debtor's motion is defective. He failed to attach a proposed form of Order, to his motion. Debtor also failed to use the Court required form for the Certification of Service. Additionally, the United States Trustee was not served with a copy of Debtor's motion.

      Based on the foregoing, the Trustee respectfully requests the Debtor be required to:

1. Submit documentation to support his motion;
2. Submit a proposed form of Order to the Judge's chambers;
3. File an Amended Certification of Service to include service on the United States Trustee.

      As always, the Court is welcome to contact the Trustee with any concerns.

                                            Respectfully submitted,

                                            /s/ *Jennifer R. Gorchow*
                                            Jennifer R. Gorchow
                                            Staff Attorney

JRG/jpa
cc:    Mark K. Smith, Esquire
        Stephen Agresta

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978