**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Stephen Agresta<br><br><br>                              Debtors | Case No.:     18-13271 (ABA)<br><br>Chapter:       13<br><br>Hearing Date:  March 12, 2019<br><br>Judge:         Andrew B. Altenburg, Jr. |

**ORDER ALLOWING DEBTOR TO APPEAR**
**AT §341(A) MEETING OF CREDITORS TELEPHONICALLY**

The relief set forth on the following page, numbered two through three is hereby **ORDERED**.

**DATED: March 21, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re: Stephen Agresta*
*Case No.: 18-13271 (ABA)*
Order Allowing Debtor to Appear at §341(a) Meeting of Creditors Telephonically

---

**THIS MATTER** having come before the court on a Motion to Allow Debtor to Appear at the §341(a) Meeting of Creditors Telephonically; and for good cause shown; it is

**ORDERED** that the Debtor may appear at the §341(a) Meeting of Creditors telephonically; and

**IT IS FURTHER ORDERED** that Debtor shall contact the Chapter 13 Standing Trustee within ten (10) days of the date of this Order to schedule the §341(a) hearing.