**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br>Stephen Agresta<br><br>Debtors | Case No.: 18-13271 (ABA)<br>Chapter: 13<br>Hearing Date: March 12, 2019<br>Judge: Andrew B. Altenburg, Jr. |

**ORDER ALLOWING DEBTOR TO APPEAR**
**AT §341(A) MEETING OF CREDITORS TELEPHONICALLY**

The relief set forth on the following page, numbered two through three is hereby **ORDERED**.

**DATED: March 21, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re: Stephen Agresta*
*Case No.: 18-13271 (ABA)*
Order Allowing Debtor to Appear at §341(a) Meeting of Creditors Telephonically

___

**THIS MATTER** having come before the court on a Motion to Allow Debtor to Appear at the §341(a) Meeting of Creditors Telephonically; and for good cause shown; it is

**ORDERED** that the Debtor may appear at the §341(a) Meeting of Creditors telephonically; and

**IT IS FURTHER ORDERED** that Debtor shall contact the Chapter 13 Standing Trustee within ten (10) days of the date of this Order to schedule the §341(a) hearing.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13271-ABA
Stephen Agresta                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 21, 2019
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.
db             +Stephen Agresta,    1001 Kresson Road,    Cherry Hill, NJ 08003-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
        Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
        Charles D Whelan, III    on behalf of Creditor    Total Rental Inc. whelaw@ix.netcom.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
        Mark K. Smith    on behalf of Debtor Stephen  Agresta markksmithlaw@aol.com, Romasmith@aol.com
        Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Melissa S DiCerbo    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                   TOTAL: 11