UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark K Smith, Esq. (MS1568)
LAW OFFICES OF MARK K SMITH, LLC
2 Princess Road, Ste 1-G
Lawrenceville, NJ 08648
(609)512-1775
(609)896-2808 (fax)
Markksmithlaw@aol.com

In Re:
STEPHEN AGRESTA

Case No.: 18-13271

Hearing Date: 9/17/19

Judge: ABA

Chapter 13

AMENDED

ORDER CONVERTING CASE TO CHAPTER 7

Order Filed on September 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: September 19, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

cause shown, it is

ORDERED that this case is converted from chapter 13 to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

' within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*