| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Stephen Agresta | Social Security number or ITIN: | xxx–xx–1968 |
| | First Name  Middle Name  Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/20/18 |
| Case number: | 18–13271–ABA | Date case converted to chapter: | 7    9/18/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen Agresta | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1001 Kresson Road<br>Cherry Hill, NJ 08003 | |
| 4. | **Debtor's attorney**<br>Name and address | Mark K. Smith<br>Law Offices of Mark K. Smith, LLC<br>2 Princess Road<br>Suite 1–G<br>Lawrenceville, NJ 08648 | Contact phone (609) 512–1775 |
| 5. | **Bankruptcy trustee**<br>Name and address | Douglas S. Stanger<br>Flaster/Greenberg<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221 | Contact phone (609) 645–1881 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 401 Market Street<br>Camden, NJ 08102 | Hours open: 8:30 AM – 4:00 p.m.,<br>Monday – Friday (except holidays) |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. (800) 676–6856 | Additional information may be available at the Court's Web Site:<br><u>www.njb.uscourts.gov</u>. | Contact phone 856–361–2300<br><br>Date: 9/18/19 |
| 7. | **Meeting of creditors** | **November 15, 2019 at 01:30 PM** | Location: |
| | **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 1/14/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 18-13271-ABA
Stephen Agresta                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2          Date Rcvd: Sep 18, 2019
                               Form ID: 309A               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             #+Stephen Agresta,    1001 Kresson Road,    Cherry Hill, NJ 08003-2724
517378922       BANK OF NEW YORK AS TRUSTEE FOR CWABS 2007-13,     c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC  29603-0826
517341973      +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box51850,
                 Livonia, MI 48151-5850
517341975      +Choice Recovery (Imaging & Radiology Spe,    c/o First Federal Control,    PO Box 20790,
                 Columbus, OH 43220-0790
517341976      +Emergency Physicuans of S Jersey,    6681 Country Club Drive,    Minneapolis, MN 55427-4601
517341977      +Gorksi & Knowlton PC,    311 Whitehorse Avenue-Suite A,    Trenton, NJ 08610-1430
517392290      +Gorski & Knowlton PC,    Attn: Allen I. Gorski, Esquire,    311 Whitehorse Avenue; Suite A,
                 Hamilton, NJ 08610-1430
517341978      +Madison Park Investors LLC,    438 5th Avenue,    Pelham, NY 10803-1257
517343626      +Orion,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517998791      +THE BANK OF NEW YORK MELLON,    McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue,
                 Suite 201,    Westmont, NJ 08108-2818
517341980      +Total Rental Inc,    c/0 Charles D Whelan III,    114 Bayard Street,
                 New Brunswick, NJ 08901-1956
517403378      +Total Rental Inc.,    c/o Charles D. Whelan III, Esq.,    114 Bayard Street,
                 New Brunswick, NJ 08901-1956
517970469      +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,     Phelan Hallinan Diamond & Jones, PC,
                 400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
517810002      +U.S. Bank Trust, N.A.,,    Melissa S. DiCerbo, Esq.,    McCABE, WEISBERG & CONWAY, LLC,
                 216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: markksmithlaw@aol.com Sep 19 2019 00:42:47      Mark K. Smith,
                 Law Offices of Mark K. Smith, LLC,    2 Princess Road,    Suite 1-G,    Lawrenceville, NJ  08648
tr             +EDI: FDSSTANGER.COM Sep 19 2019 04:23:00      Douglas S. Stanger,    Flaster/Greenberg,
                 646 Ocean Heights Avenue,    Linwood, NJ 08221-1011
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 00:44:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 00:44:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517341972       EDI: RESURGENT.COM Sep 19 2019 04:23:00      Ashley Funding Services LLC (lab Corp),
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517478132       EDI: RESURGENT.COM Sep 19 2019 04:23:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517341974      +EDI: CAPITALONE.COM Sep 19 2019 04:23:00      Capital One Bank USA NA,    attn : Bankruptcy,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517341971       EDI: IRS.COM Sep 19 2019 04:23:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517447474      +EDI: PRA.COM Sep 19 2019 04:23:00      Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517341979       EDI: RECOVERYCORP.COM Sep 19 2019 04:23:00      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2d Avenue, Suite 1120,    Miami, FL 33131-1605
517367020       EDI: PRA.COM Sep 19 2019 04:23:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517468015      +EDI: AIS.COM Sep 19 2019 04:23:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 18, 2019
                              Form ID: 309A            Total Noticed: 26

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
NONE.                                                                                      TOTAL: 0
```