UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Damien Nicholas Tancredi, Esquire
Flaster/Greenberg P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 215-587-5675
Attorneys for Douglas S. Stanger
Chapter 7 Trustee

Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen Agresta,

                Debtor

**CAMDEN VICINAGE**

**Chapter 7**

Case No. 18-13271

Honorable Andrew B. Altenburg, Jr.

## ORDER AUTHORIZING TRUSTEE TO EXERCISE RIGHTS AS A SHAREHOLDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

7442619 v1

**(Page 2)**
**Debtor:** Stephen Agresta
**Case No.:** 18-13271-ABA
**Caption of Order**: Order Authorizing Trustee to Exercise Rights as a Shareholder

**THIS MATTER** having come before the Court on _____, 2019, upon the Chapter 7 Trustee's Motion for an Order Authorizing Trustee to Exercise Rights as a Shareholder, and for good cause shown;

**ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED.

2. The shares of the Corporation owned by the Debtor's decedent estate (the "Shares") are property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541.

3. The Trustee is hereby authorized, but not directed, to exercise any and all rights attributable to the Debtor's ownership of the Shares pursuant to 11 U.S.C. § 363(b).

4. This authorization permits the Trustee to execute any and all closing documents necessary to sell real property owned by the Corporations, including, but not limited to the properties located in Philadelphia, PA at: (i) 401 E. Allegheny Avenue; (ii) 101 W. Venango Street; (iii) 129 W. Glenwood Street; and (iv) 221 W. Glenwood Street.

7442619 v1