| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Damien Nicholas Tancredi, Esquire<br>Flaster/Greenberg P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>Phone: 215-587-5675<br>Attorneys for Douglas S. Stanger<br>Chapter 7 Trustee | Order Filed on November 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stephen Agresta,<br><br>                        Debtor | **CAMDEN VICINAGE**<br><br>**Chapter 7**<br><br>Case No. 18-13271<br><br>Honorable Andrew B. Altenburg, Jr. |

**ORDER AUTHORIZING TRUSTEE TO EXERCISE**
**RIGHTS AS A SHAREHOLDER**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

7442619 v1

**(Page 2)**
**Debtor:** Stephen Agresta
**Case No.:** 18-13271-ABA
**Caption of Order**: Order Authorizing Trustee to Exercise Rights as a Shareholder

      **THIS MATTER** having come before the Court on _____, 2019, upon the Chapter 7 Trustee's Motion for an Order Authorizing Trustee to Exercise Rights as a Shareholder, and for good cause shown;

      **ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED.

2. The shares of the Corporation owned by the Debtor's decedent estate (the "Shares") are property of the Debtor's bankruptcy estate pursuant to 11 U.S.C. § 541.

3. The Trustee is hereby authorized, but not directed, to exercise any and all rights attributable to the Debtor's ownership of the Shares pursuant to 11 U.S.C. § 363(b).

4. This authorization permits the Trustee to execute any and all closing documents necessary to sell real property owned by the Corporations, including, but not limited to the properties located in Philadelphia, PA at: (i) 401 E. Allegheny Avenue; (ii) 101 W. Venango Street; (iii) 129 W. Glenwood Street; and (iv) 221 W. Glenwood Street.

7442619 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Agresta  
    Debtor

Case No. 18-13271-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 1                    Date Rcvd: Nov 12, 2019
                              Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db             #+Stephen Agresta,    1001 Kresson Road,    Cherry Hill, NJ 08003-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

      Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com  
      Charles D Whelan, III    on behalf of Creditor    Total Rental Inc. whelaw@ix.netcom.com  
      Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger  
       damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com  
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com, dss@trustesolutions.net  
      Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com, jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
      Mark K. Smith    on behalf of Debtor Stephen Agresta markksmithlaw@aol.com, Romasmith@aol.com  
      Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Melissa S DiCerbo    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
      Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
      Pamela Elchert Thurmond    on behalf of Creditor LAW DEPT   CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov  
      Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com  
      Robert  Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 17