**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−13271−ABA | **DATE FILED::** 2/20/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Stephen Agresta<br>xxx−xx−1968 | ADDRESS OF DEBTOR(S):<br><br>1001 Kresson Road<br>Cherry Hill, NJ 08003 |
| DEBTOR'S ATTORNEY:<br>Mark K. Smith<br>Law Offices of Mark K. Smith, LLC<br>2 Princess Road<br>Suite 1−G<br>Lawrenceville, NJ 08648<br><br>(609) 512−1775 | TRUSTEE:<br>Douglas S. Stanger<br>Flaster/Greenberg<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645−1881 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/28/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 30, 2020

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                               United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                  Case No. 18-13271-ABA
Stephen Agresta                                                         Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2              Date Rcvd: Jan 30, 2020
                              Form ID: noa                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db             #+Stephen Agresta,    1001 Kresson Road,    Cherry Hill, NJ 08003-2724
aty             +Flaster Greenberg,    Suite 103,    646 Ocean Heights Ave,    Linwood, NJ 08221-1011
cr              +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
cr              +LAW DEPT CITY OF PHILADELPHIA,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
cr              +Total Rental Inc.,    c/o Charles D. Whelan III, Esq.,    114 Bayard Street,    First Floor,
                  New Brunswick, NJ 08901-1956
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                  1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517378922        BANK OF NEW YORK AS TRUSTEE FOR CWABS 2007-13,    c/o Shellpoint Mortgage Servicing,
                  PO Box 10826,    Greenville, SC  29603-0826
517341973       +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box51850,
                  Livonia, MI 48151-5850
517341975       +Choice Recovery (Imaging & Radiology Spe,    c/o First Federal Control,    PO Box 20790,
                  Columbus, OH 43220-0790
517341976       +Emergency Physicuans of S Jersey,    6681 Country Club Drive,    Minneapolis, MN 55427-4601
517341977       +Gorksi & Knowlton PC,    311 Whitehorse Avenue-Suite A,    Trenton, NJ 08610-1430
517392290       +Gorski & Knowlton PC,    Attn: Allen I. Gorski, Esquire,    311 Whitehorse Avenue; Suite A,
                  Hamilton, NJ 08610-1430
517341978       +Madison Park Investors LLC,    438 5th Avenue,    Pelham, NY 10803-1257
517343626       +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517998791       +THE BANK OF NEW YORK MELLON,    McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue,
                  Suite 201,    Westmont, NJ 08108-2818
517341980       +Total Rental Inc,    c/0 Charles D Whelan III,    114 Bayard Street,
                  New Brunswick, NJ 08901-1956
517403378       +Total Rental Inc.,    c/o Charles D. Whelan III, Esq.,    114 Bayard Street,
                  New Brunswick, NJ 08901-1956
517970469       +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan Diamond & Jones, PC,
                  400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
517810002       +U.S. Bank Trust, N.A.,,    Melissa S. DiCerbo, Esq.,    McCABE, WEISBERG & CONWAY, LLC,
                  216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: pmarraffa@standingtrustee.com Jan 30 2020 23:44:15      Isabel C. Balboa,
                  Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                  Cherry Hill, NJ 08002-2977
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2020 23:45:07      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2020 23:45:05      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517341972        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 23:47:04
                  Ashley Funding Services LLC (lab Corp),    c/o Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517478132        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2020 23:47:05
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517341974       +EDI: CAPITALONE.COM Jan 31 2020 04:08:00      Capital One Bank USA NA,    attn : Bankruptcy,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
517341971        EDI: IRS.COM Jan 31 2020 04:08:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA 19101-7346
517447474       +EDI: PRA.COM Jan 31 2020 04:08:00      Orion Portfolio Services LLC,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517341979        EDI: RECOVERYCORP.COM Jan 31 2020 04:08:00      Orion Portfolio Services LLC,
                  c/o Recovery Management Systems Corp,    25 SE 2d Avenue, Suite 1120,    Miami, FL 33131-1605
517367020        EDI: PRA.COM Jan 31 2020 04:08:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517468015       +EDI: AIS.COM Jan 31 2020 04:08:00      Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                  1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jan 30, 2020
                              Form ID: noa             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:

```
          Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
          Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Charles D Whelan, III    on behalf of Creditor    Total Rental Inc. whelaw@ix.netcom.com
          Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
           damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
           jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
          Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
           nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
           dss@trustesolutions.net
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Mark K. Smith    on behalf of Debtor Stephen  Agresta markksmithlaw@aol.com, Romasmith@aol.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
           nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF10 Master
           Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Pamela Elchert Thurmond    on behalf of Creditor LAW DEPT  CITY OF PHILADELPHIA
           Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
           rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 17
```