| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645-1881<br>Counsel for Trustee<br>DS5141 | Order Filed on May 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stephen Agresta,<br><br>                          Debtor. | Case No.: 18-13271<br><br>Judge: ABA<br><br>Chapter: 7 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING
## RETENTION OF    ZINBERG GROUP REAL ESTATE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 21, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: Stephen Agresta

Case No.: 18-13271-ABA

Applicant: Douglas S. Stanger, Chapter 7 Trustee

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Zinberg Group Real Estate

Address of Professional: 101 Old York Road, Suite 104,

Jenkintown, PA 19046

Realtor: Nathan Zinberg

☐ Attorney for (check all that apply):

  ☐ Trustee ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☑ Other Professional:

  ☑ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*