UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Stephen Agresta, Debtor

Case No.: 18-13271
Chapter: 7
Judge: Andrew B. Altenburg

### NOTICE OF PROPOSED PRIVATE SALE

___Douglas S. Stanger___, ___Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Post Office and Courthouse  401 Market Street  Camden, New Jersey 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___June 23, 2020___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 101 West Venango St., Philadelphia, PA (being sold as part and parcel of 401 East Allegheny Ave., 129-141 West Glenwood Ave. and 221 West Glennwood Ave., Philadelphia, PA, by Order Authorizing Trustee to Exercise Rights as Shareholder of C & S Auto Parts and Clem Properties. |
|---|---|

| Proposed Purchaser: | Jordan Brody |
|---|---|

| Sale price: | $225,000 - Sale price of 101 West Venango St., Philadelphia, PA  $1,650,000.00 (Aggregate amount of total sale of all the aforementioned properties) |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Zinberg Group Real Estate |
|---|---|
| Amount to be paid: | $66,000.00 |
| Services rendered: | Sale of property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Esq. for the Estate of Stephen Agrest

Address: Flaster Greenberg P.C., 646 Ocean Heights Ave., Suite 103, Linwood, NJ 08221

Telephone No.: (609) 645-1881

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-13271-ABA
   Stephen Agresta                                             Chapter 7
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2                  Date Rcvd: May 26, 2020
                               Form ID: pdf905          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db            #+Stephen Agresta,    1001 Kresson Road,    Cherry Hill, NJ 08003-2724
aty            +Flaster Greenberg,    Suite 103,   646 Ocean Heights Ave,    Linwood, NJ 08221-1011
cr             +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,   Hamilton, NJ 08610-1430
cr             +LAW DEPT CITY OF PHILADELPHIA,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
r              +Nathan Zinberg,    Zinberg Real Estate Group,    101 Old York Road,   Suite 104,
                 Jenkintown, PA 19046-3912
cr             +Total Rental Inc.,    c/o Charles D. Whelan III, Esq.,    114 Bayard Street,   First Floor,
                 New Brunswick, NJ 08901-4072
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
517378922       BANK OF NEW YORK AS TRUSTEE FOR CWABS 2007-13,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826
517341973      +Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box51850,
                 Livonia, MI 48151-5850
517341975      +Choice Recovery (Imaging & Radiology Spe,    c/o First Federal Control,   PO Box 20790,
                 Columbus, OH 43220-0790
517341976      +Emergency Physicuans of S Jersey,    6681 Country Club Drive,    Minneapolis, MN 55427-4601
517341977      +Gorksi & Knowlton PC,    311 Whitehorse Avenue-Suite A,    Trenton, NJ 08610-1430
517392290      +Gorski & Knowlton PC,    Attn: Allen I. Gorski, Esquire,    311 Whitehorse Avenue; Suite A,
                 Hamilton, NJ 08610-1430
517341978      +Madison Park Investors LLC,    438 5th Avenue,   Pelham, NY 10803-1257
517343626      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517998791      +THE BANK OF NEW YORK MELLON,    McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue,
                 Suite 201,   Westmont, NJ 08108-2818
517341980      +Total Rental Inc,    c/0 Charles D Whelan III,   114 Bayard Street,
                 New Brunswick, NJ 08901-4072
517403378      +Total Rental Inc.,    c/o Charles D. Whelan III, Esq.,    114 Bayard Street,
                 New Brunswick, NJ 08901-4072
517970469      +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,     Phelan Hallinan Diamond & Jones, PC,
                 400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
517810002      +U.S. Bank Trust, N.A.,,    Melissa S. DiCerbo, Esq.,    McCABE, WEISBERG & CONWAY, LLC,
                 216 Haddon Avenue,    Suite 201,   Westmont, NJ 08108-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: pmarraffa@standingtrustee.com May 27 2020 00:30:16     Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 00:31:18     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 00:31:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517341972       E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 00:36:11
                 Ashley Funding Services LLC (lab Corp),    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517478132       E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 00:36:11
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517341974      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 27 2020 00:37:20
                 Capital One Bank USA NA,    attn : Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
518719566      +E-mail/Text: megan.harper@phila.gov May 27 2020 00:31:38
                 City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
517341971       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 27 2020 00:30:32     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517447474      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517341979       E-mail/PDF: rmscedi@recoverycorp.com May 27 2020 00:37:30     Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2d Avenue, Suite 1120,    Miami, FL 33131-1605
517367020       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517468015      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2020 00:37:36     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 12
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: May 26, 2020
                               Form ID: pdf905          Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,   Phelan Hallinan & Schmieg, PC,
            1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:

```
              Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Andrew L. Spivack     on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Charles D Whelan, III    on behalf of Creditor    Total Rental Inc. whelaw@ix.netcom.com
              Damien Nicholas Tancredi     on behalf of Trustee Douglas S. Stanger
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger     doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Douglas S. Stanger     on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Mark K. Smith     on behalf of Debtor Stephen   Agresta markksmithlaw@aol.com,    Romasmith@aol.com
              Melissa S DiCerbo     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo     on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF10 Master
               Participation Trust nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Pamela Elchert Thurmond     on behalf of Creditor LAW DEPT   CITY OF PHILADELPHIA
               Pamela.Thurmond@phila.gov,    Karena.Blaylock@phila.gov
              Rebecca Ann Solarz     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 17
```