**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue, Suite 103
Linwood, New Jersey 08221
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

Order Filed on June 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| IN RE:<br><br>Stephen Agresta,<br><br>Debtor(s) | CAMDEN VICINAGE<br><br>Case No.: 18-13271<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |
|---|---|

**ORDER AUTHORIZING TO SELL DEBTORS' REAL PROPERTY LOCATED AT 101 WEST VENANGO STREET, PHILADELPHIA, PENNSYLVANIA (i) FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363(b) AND (f) and (ii) AUTHORIZING THE CHAPTER 7 TRUSTEE TO PAY, AT CLOSING, ALL OUTSTANDING COSTS, INCLUDING REAL ESTATE COMMISSIONS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: June 29, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

7817039 v1

In Re: Stephen Agresta
Case No.: 18-13271
Order Authorizing Sale of Real Property
Page 2 of 2

THIS MATTER comes before the Court by way of Motion of Douglas S. Stanger, Attorney for the Chapter 7 Trustee, on notice to applicable creditors, and; having reviewed and found the methods of service proper and that adequate notice of the within Motion was provided to these parties in interest. For good cause shown by the Chapter 7 Trustee, it is hereby **ORDERED:**

1. Douglas S. Stanger, Chapter 7 Trustee of the Bankruptcy Estate of Stephen Agresta ("the Trustee") is hereby authorized to sell the real property commonly known as 101 West Venango Street, Philadelphia, Pennsylvania (the "Property") for $225,000.00 pursuant to the terms and conditions set forth in the Contract of Sale provided to the Court free and clear of all liens.

2. Real Estate Commissions for the sale of this Property in the amount of $9,000.00 are hereby **APPROVED,** bringing the total real estate commissions for the sale of all the properties which are part and parcel to this Property to $66,000.00. The Trustee is authorized to pay these fees at closing.

3. The City of Philadelphia's statutory and judicial liens attached to the subject property shall be satisfied from the proceeds of sale.

4. Other closing fees payable by the Trustee may be satisfied from the proceeds of sale.

7817039 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-13271-ABA
Stephen Agresta                                                                 Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Jun 29, 2020
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             #+Stephen Agresta,    1001 Kresson Road,    Cherry Hill, NJ 08003-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
              Allen I Gorski    on behalf of Creditor    Gorski & Knowlton PC agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Charles D Whelan, III    on behalf of Creditor    Total Rental Inc. whelaw@ix.netcom.com
              Damien Nicholas Tancredi    on behalf of Trustee Douglas S. Stanger
               damien.tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas S. Stanger    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com,
               nj02@ecfcbis.com,jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,
               dss@trustesolutions.net
              Douglas S. Stanger    doug.stanger@flastergreenberg.com,    nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;diana.janansky@flastergreenberg.com,dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Stephen  Agresta markksmithlaw@aol.com,    Romasmith@aol.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF10 Master
               Participation Trust nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Pamela Elchert Thurmond    on behalf of Creditor LAW DEPT  CITY OF PHILADELPHIA
               Pamela.Thurmond@phila.gov,    Karena.Blaylock@phila.gov
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
               rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17