UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Stephen Agresta, Debtor.

Case No.: 18-13271
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__DOUGLAS S. STANGER__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __December 1, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 1001 Kresson Road, Cherry Hill, NJ
$340,000.00

Liens on property: Bank of New York Mellon/Shellpoint Mortgage Servicing
$544,491.14

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Chapter 7 Trustee
Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: (609) 645-1881

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-13271-ABA |
| Stephen Agresta | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf905 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephen Agresta, 1001 Kresson Road, Cherry Hill, NJ 08003-2724 |
| aty | + | Flaster Greenberg, Suite 103, 646 Ocean Heights Ave, Linwood, NJ 08221-1011 |
| cr | + | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| r | + | Nathan Zinberg, Zinberg Real Estate Group, 101 Old York Road, Suite 104, Jenkintown, PA 19046-3912 |
| cr | + | Total Rental Inc., c/o Charles D. Whelan III, Esq., 114 Bayard Street, First Floor, New Brunswick, NJ 08901-4072 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517378922 | | BANK OF NEW YORK AS TRUSTEE FOR CWABS 2007-13, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517341973 | + | Bank of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box51850, Livonia, MI 48151-5850 |
| 517341975 | + | Choice Recovery (Imaging & Radiology Spe, c/o First Federal Control, PO Box 20790, Columbus, OH 43220-0790 |
| 517341976 | + | Emergency Physicuans of S Jersey, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 517341977 | + | Gorksi & Knowlton PC, 311 Whitehorse Avenue-Suite A, Trenton, NJ 08610-1430 |
| 517392290 | + | Gorski & Knowlton PC, Attn: Allen I. Gorski, Esquire, 311 Whitehorse Avenue; Suite A, Hamilton, NJ 08610-1430 |
| 517341978 | + | Madison Park Investors LLC, 438 5th Avenue, Pelham, NY 10803-1257 |
| 517343626 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517998791 | + | THE BANK OF NEW YORK MELLON, McCabe, Weisberg & Conway, P.C., 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517341980 | + | Total Rental Inc, c/0 Charles D Whelan III, 114 Bayard Street, New Brunswick, NJ 08901-4072 |
| 517403378 | + | Total Rental Inc., c/o Charles D. Whelan III, Esq., 114 Bayard Street, New Brunswick, NJ 08901-4072 |
| 517970469 | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054-3437 |
| 517810002 | + | U.S. Bank Trust, N.A.,, Melissa S. DiCerbo, Esq., McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201 Westmont, NJ 08108-2818 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: pmarraffa@standingtrustee.com | Nov 02 2020 20:45:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2020 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2020 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341972 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2020 21:25:28 | Ashley Funding Services LLC (lab Corp), c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517478132 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2020 21:24:28 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: pdf905 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518719566 | | Email/Text: megan.harper@phila.gov | Nov 02 2020 20:46:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 517341974 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 02 2020 21:23:20 | Capital One Bank USA NA, attn : Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517341971 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2020 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517341979 | | Email/PDF: rmscedi@recoverycorp.com | Nov 02 2020 21:24:26 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2d Avenue, Suite 1120, Miami, FL 33131-1605 |
| 517447474 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2020 21:24:24 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517367020 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2020 21:23:24 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517468015 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 02 2020 21:24:36 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Andrew L. Spivack | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST andrew.spivack@brockandscott.com |

Charles D Whelan, III
    on behalf of Creditor Total Rental Inc. whelaw@ix.netcom.com

Damien Nicholas Tancredi
    on behalf of Trustee Douglas S. Stanger damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas S. Stanger
    doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
    diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Mark K. Smith
    on behalf of Debtor Stephen Agresta markksmithlaw@aol.com  Romasmith@aol.com

Melissa S DiCerbo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com,
    nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com,
    nj-ecfmail@ecf.courtdrive.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  Karena.Blaylock@phila.gov

Rebecca Ann Solarz
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com

Robert Davidow
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17