UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire (DS5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue
Linwood, NJ 08221
Phone: 609-645-1881
Counsel for the Chapter 7 Trustee

Order Filed on December 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen Agresta,

                Debtor.

CAMDEN VICINAGE

Chapter 7

Case No. 18-13271

Judge: Hon. Andrew B. Altenburg, Jr.

**ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND EXPENSES FOR FLASTER GREENBERG, P.C., ATTORNEYS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 10, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8064904 v2

(Page 2)
**Debtor**: Stephen Agresta
**Case No**: 18-13271-ABA
<u>**Caption of Order:**   Order Authorizing Interim Compensation of Flaster/Greenberg, P.C., Attorneys for the Trustee</u>

**THIS MATTER** having been brought before the court by Flaster/Greenberg, P.C. ("Flaster"), counsel for the Trustee of the Estate of Stephen Agresta by way of an Application for Allowance of Compensation for Flaster/Greenberg, P.C. pursuant to 11 U.S.C., Section 330 (the "Application");

**IT IS ORDERED** that Flaster is hereby granted interim compensation in the amount of $35,568.50 and expenses in the amount of $291.25, which are allowed to be paid out of the funds in the bankruptcy estate;

**IT IS ORDERED** that to the extent necessary, Flaster is granted authority to receive payment from Clem Properties, Inc. and CS Auto Parts, Inc. as set forth in the Application.

8064904 v2