| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Douglas S. Stanger, Esquire (DS5141)<br>**FLASTER/GREENBERG**<br>A Professional Corporation<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>Phone: 609-645-1881<br>Counsel for the Chapter 7 Trustee | Order Filed on December 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stephen Agresta,<br><br>         Debtor. | CAMDEN VICINAGE<br><br>Chapter 7<br><br>Case No.  18-13271<br><br>Judge:  Hon. Andrew B. Altenburg, Jr. |

**ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND EXPENSES FOR FLASTER GREENBERG, P.C., ATTORNEYS FOR THE TRUSTEE**

  The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 10, 2020**

                                _/s/ Andrew B. Altenburg, Jr._
                               Honorable Andrew B. Altenburg, Jr.
                               United States Bankruptcy Court

8064904 v2

(Page 2)
**Debtor**: Stephen Agresta
**Case No**: 18-13271-ABA
<u>**Caption of Order:** Order Authorizing Interim Compensation of Flaster/Greenberg, P.C., Attorneys for the Trustee</u>

**THIS MATTER** having been brought before the court by Flaster/Greenberg, P.C. ("Flaster"), counsel for the Trustee of the Estate of Stephen Agresta by way of an Application for Allowance of Compensation for Flaster/Greenberg, P.C. pursuant to 11 U.S.C., Section 330 (the "Application");

**IT IS ORDERED** that Flaster is hereby granted interim compensation in the amount of $35,568.50 and expenses in the amount of $291.25, which are allowed to be paid out of the funds in the bankruptcy estate;

**IT IS ORDERED** that to the extent necessary, Flaster is granted authority to receive payment from Clem Properties, Inc. and CS Auto Parts, Inc. as set forth in the Application.

8064904 v2

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 18-13271-ABA

Stephen Agresta   Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: Dec 10, 2020　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID        Recipient Name and Address**
db          #+ Stephen Agresta, 1001 Kresson Road, Cherry Hill, NJ 08003-2724

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

**Name                    Email Address**

Allen I Gorski
                 on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com

Charles D Whelan, III
                 on behalf of Creditor Total Rental Inc. whelaw@ix.netcom.com

Damien Nicholas Tancredi
                 on behalf of Trustee Douglas S. Stanger damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

Denise E. Carlon
                 on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13
                 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Case 18-13271-ABA    Doc 78    Filed 12/12/20    Entered 12/13/20 00:20:52    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Douglas S. Stanger
    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    on behalf of Attorney Flaster Greenberg  P.C. doug.stanger@flastergreenberg.com, diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Mark K. Smith
    on behalf of Debtor Stephen Agresta markksmithlaw@aol.com Romasmith@aol.com

Melissa S DiCerbo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov Karena.Blaylock@phila.gov

Rebecca Ann Solarz
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com

Robert Davidow
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17