| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Damien Nicholas Tancredi, Esquire<br>Flaster/Greenberg P.C.<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>Phone: 215-587-5675<br>Attorneys for Douglas S. Stanger<br>Chapter 7 Trustee | Order Filed on December 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Stephen Agresta,<br><br>               Debtor | **CAMDEN VICINAGE**<br><br>**Chapter 7**<br><br>Case No. 18-13271<br><br>Honorable Andrew B. Altenburg, Jr. |

**ORDER AUTHORIZING THE TRUSTEE'S FURTHER USE OF
SHARES OF CLEM PROPERTIES, INC. AND CS AUTO PARTS, INC.**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: December 16, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8103306 v1

**(Page 2)**
**Debtor:** Stephen Agresta
**Case No.:** 18-13271-ABA
**Caption of Order:** Order Authorizing Trustee's Further Use of Shares of Clem Properties, Inc. and CS Auto Parts, Inc.

**THIS MATTER** having come before the Court, upon the Chapter 7 Trustee's Motion for an Order Authorizing the Trustee's Further Use of the Shares of Clem Properties, Inc. ("Clem") and CS Auto Parts, Inc. (the "Motion"), and for good cause shown, and upon the consent of Karen Connor, executrix to the decedent estate of Stephen Agresta;

**ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED to effectuate the sale of Debtor Assets and, at the Court's decision to also provide for dismissal of this case upon effectuation of the transfer pursuant to this Order.

2. The Trustee is authorized to use the Shares[1] of Clem as set forth in the Motion.

3. The Trustee is authorized to take all actions necessary to close the sale the Allegheny Property as set forth in the Motion, including designating an officer of Clem to execute all documents related to the sale.

4 The City of Philadelphia's statutory and judicial liens attached to the Allegheny Property shall be satisfied from the proceeds of the sale of the Allegheny Property as in such amount as agreed upon by Clem and the City of Philadelphia. In the event of any dispute between Clem and the City of Philadelphia regarding the amount of liens, such funds shall be held in escrow pending resolution of the dispute of further order by a court of competent jurisdiction.

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

8103306 v1

5.  Flaster/Greenberg, P.C. shall be paid any outstanding allowed administrative expenses at the closing of the Allegheny Property sale. Flaster/Greenberg shall have the right to assert any remaining administrative expenses allowed following the closing of Allegheny Property to be paid from the proceeds of the closing of the other Corporate Properties.

6.  Following the closing of the Allegheny Property sale and the adjudication of any administrative expense applications related to the Trustee and his counsel, this Court shall dismiss the above-captioned case. Counsel to the Trustee shall file a certification of counsel indicating that the Allegheny Property sale has closed and all administrative expense claims have been filed and after such certification is filed, this Court shall dismiss the bankruptcy case.

7.  Any previous orders entered by this Court shall remain valid and in full effect.

The undersigned hereby consent to the form and entry of this Order.

| DAMIEN NICHOLAS TANCREDI, ESQ.<br>Flaster/Greenberg, P.C.<br>Counsel to Plaintiff Douglas S. Stanger, as<br>Administrator to the Kline Construction Co., Inc.<br>401(k) Plan, | KAREN CONNOR<br>Executrix to the Estate of Stephen Agresta |
|---|---|
| /s/ Damien Nicholas Tancredi | *Karen Q. Connor* |
| Dated: 12-16-20 | Dated: 12-10-20 |

8103306 v1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-13271-ABA

Stephen Agresta  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

**Recip ID**  **Recipient Name and Address**
db      #+ Stephen Agresta, 1001 Kresson Road, Cherry Hill, NJ 08003-2724

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**  **Email Address**

Allen I Gorski
     on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com

Charles D Whelan, III
     on behalf of Creditor Total Rental Inc. whelaw@ix.netcom.com

Damien Nicholas Tancredi
     on behalf of Trustee Douglas S. Stanger damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

Denise E. Carlon
     on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Douglas S. Stanger
    on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
    diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    on behalf of Attorney Flaster Greenberg P.C. doug.stanger@flastergreenberg.com,
    diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
    doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Mark K. Smith
    on behalf of Debtor Stephen Agresta markksmithlaw@aol.com Romasmith@aol.com

Melissa S DiCerbo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com,
    nj-ecfmail@ecf.courtdrive.com

Melissa S DiCerbo
    on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com,
    nj-ecfmail@ecf.courtdrive.com

Pamela Elchert Thurmond
    on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov Karena.Blaylock@phila.gov

Rebecca Ann Solarz
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE
    CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com

Robert Davidow
    on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, BY
    CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17