Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13271−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephen Agresta
    1001 Kresson Road
    Cherry Hill, NJ 08003

Social Security No.:
    xxx−xx−1968

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       4/8/21
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Flaster Greenberg, P.C., Trustee's Attorney
Douglas Stanger, Chapter 7 Trustee

COMMISSION OR FEES
Fees: $28,500.00
Commission: $35,000.00

EXPENSES
$160.37
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 8, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-13271-ABA
Stephen Agresta                                                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                   Page 1 of 3
Date Rcvd: Mar 08, 2021                    Form ID: 137                                  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephen Agresta, 1001 Kresson Road, Cherry Hill, NJ 08003-2724 |
| aty | + | Flaster Greenberg, Suite 103, 646 Ocean Heights Ave, Linwood, NJ 08221-1011 |
| aty | + | Flaster Greenberg, P.C., 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221-1011 |
| cr | + | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| r | + | Nathan Zinberg, Zinberg Real Estate Group, 101 Old York Road, Suite 104, Jenkintown, PA 19046-3912 |
| cr | + | Total Rental Inc., c/o Charles D. Whelan III, Esq., 114 Bayard Street, First Floor, New Brunswick, NJ 08901-4072 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517378922 | | BANK OF NEW YORK AS TRUSTEE FOR CWABS 2007-13, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517341973 | + | Bank of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box51850, Livonia, MI 48151-5850 |
| 517341975 | + | Choice Recovery (Imaging & Radiology Spe, c/o First Federal Control, PO Box 20790, Columbus, OH 43220-0790 |
| 517341976 | + | Emergency Physicuans of S Jersey, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 517341977 | + | Gorksi & Knowlton PC, 311 Whitehorse Avenue-Suite A, Trenton, NJ 08610-1430 |
| 517392290 | + | Gorski & Knowlton PC, Attn: Allen I. Gorski, Esquire, 311 Whitehorse Avenue; Suite A, Hamilton, NJ 08610-1430 |
| 517341978 | + | Madison Park Investors LLC, 438 5th Avenue, Pelham, NY 10803-1257 |
| 517343626 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517998791 | + | THE BANK OF NEW YORK MELLON, McCabe, Weisberg & Conway, P.C., 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517341980 | + | Total Rental Inc, c/0 Charles D Whelan III, 114 Bayard Street, New Brunswick, NJ 08901-4072 |
| 517403378 | + | Total Rental Inc., c/o Charles D. Whelan III, Esq., 114 Bayard Street, New Brunswick, NJ 08901-4072 |
| 517970469 | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054-3437 |
| 517810002 | + | U.S. Bank Trust, N.A.,, Melissa S. DiCerbo, Esq., McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201 Westmont, NJ 08108-2818 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Mar 08 2021 21:40:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341972 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2021 23:07:04 | Ashley Funding Services LLC (lab Corp), c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517478132 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2021 23:07:04 | Ashley Funding Services, LLC its successors and, |

Case 18-13271-ABA    Doc 85    Filed 03/10/21    Entered 03/11/21 00:18:30    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 137 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518719566 | | Email/Text: megan.harper@phila.gov | Mar 08 2021 21:41:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 517341974 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 08 2021 23:08:50 | Capital One Bank USA NA, attn : Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517341971 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2021 21:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517341979 | | Email/PDF: rmscedi@recoverycorp.com | Mar 08 2021 23:10:52 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2d Avenue, Suite 1120, Miami, FL 33131-1605 |
| 517447474 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 23:08:56 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517367020 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 23:10:49 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517468015 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 08 2021 23:11:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Charles D Whelan, III | on behalf of Creditor Total Rental Inc. whelaw@ix.netcom.com |

| Name | Details |
|---|---|
| Damien Nicholas Tancredi | on behalf of Trustee Douglas S. Stanger damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Attorney Flaster Greenberg P.C. doug.stanger@flastergreenberg.com, diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Mark K. Smith | on behalf of Debtor Stephen Agresta markksmithlaw@aol.com Romasmith@aol.com |
| Melissa S DiCerbo | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Pamela Elchert Thurmond | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov Karena.Blaylock@phila.gov |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16