Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13271−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Agresta
   1001 Kresson Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−1968

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/26/21.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 26, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-13271-ABA |
|---|---|
| Stephen Agresta | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 148 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Stephen Agresta, 1001 Kresson Road, Cherry Hill, NJ 08003-2724 |
| aty | + | Flaster Greenberg, Suite 103, 646 Ocean Heights Ave, Linwood, NJ 08221-1011 |
| aty | + | Flaster Greenberg, P.C., 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221-1011 |
| cr | + | Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| cr | + | LAW DEPT CITY OF PHILADELPHIA, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1617 |
| r | + | Nathan Zinberg, Zinberg Real Estate Group, 101 Old York Road, Suite 104, Jenkintown, PA 19046-3912 |
| cr | + | Total Rental Inc., c/o Charles D. Whelan III, Esq., 114 Bayard Street, First Floor, New Brunswick, NJ 08901-4072 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517378922 | | BANK OF NEW YORK AS TRUSTEE FOR CWABS 2007-13, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517341973 | + | Bank of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box51850, Livonia, MI 48151-5850 |
| 517341975 | + | Choice Recovery (Imaging & Radiology Spe, c/o First Federal Control, PO Box 20790, Columbus, OH 43220-0790 |
| 517341976 | + | Emergency Physicuans of S Jersey, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 517341977 | + | Gorksi & Knowlton PC, 311 Whitehorse Avenue-Suite A, Trenton, NJ 08610-1430 |
| 517392290 | + | Gorski & Knowlton PC, Attn: Allen I. Gorski, Esquire, 311 Whitehorse Avenue; Suite A, Hamilton, NJ 08610-1430 |
| 517341978 | + | Madison Park Investors LLC, 438 5th Avenue, Pelham, NY 10803-1257 |
| 517343626 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517998791 | + | THE BANK OF NEW YORK MELLON, McCabe, Weisberg & Conway, P.C., 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517341980 | + | Total Rental Inc, c/0 Charles D Whelan III, 114 Bayard Street, New Brunswick, NJ 08901-4072 |
| 517403378 | + | Total Rental Inc., c/o Charles D. Whelan III, Esq., 114 Bayard Street, New Brunswick, NJ 08901-4072 |
| 517970469 | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054-3437 |
| 517810002 | + | U.S. Bank Trust, N.A.,, Melissa S. DiCerbo, Esq., McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201 Westmont, NJ 08108-2818 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Apr 26 2021 20:36:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341972 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2021 20:52:27 | Ashley Funding Services LLC (lab Corp), c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517478132 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2021 20:52:27 | Ashley Funding Services, LLC its successors and, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518719566 | | Email/Text: megan.harper@phila.gov | Apr 26 2021 20:37:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 517341974 | + | EDI: CAPITALONE.COM | Apr 27 2021 00:38:00 | Capital One Bank USA NA, attn : Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517341971 | | EDI: IRS.COM | Apr 27 2021 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517341979 | | EDI: RECOVERYCORP.COM | Apr 27 2021 00:38:00 | Orion Portfolio Services LLC, c/o Recovery Management Systems Corp, 25 SE 2d Avenue, Suite 1120, Miami, FL 33131-1605 |
| 517447474 | + | EDI: PRA.COM | Apr 27 2021 00:38:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517367020 | | EDI: PRA.COM | Apr 27 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517468015 | + | EDI: AIS.COM | Apr 27 2021 00:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Charles D Whelan, III | on behalf of Creditor Total Rental Inc. whelaw@ix.netcom.com |
| Damien Nicholas Tancredi | |

Case 18-13271-ABA    Doc 90    Filed 04/28/21    Entered 04/29/21 00:14:38    Desc Imaged
                         Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 148 | Total Noticed: 33 |

| | |
|---|---|
| | on behalf of Trustee Douglas S. Stanger damien.tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Attorney Flaster Greenberg  P.C. doug.stanger@flastergreenberg.com, diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Mark K. Smith | on behalf of Debtor Stephen Agresta markksmithlaw@aol.com  Romasmith@aol.com |
| Melissa S DiCerbo | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor U.S. Bank Trust  N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Pamela Elchert Thurmond | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  Karena.Blaylock@phila.gov |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16