UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DAMIEN N. TANCREDI, ESQ. (DNT 1383)
FLASTER/GREENBERG P.C.
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4609
(856) 661-2280
Counsel for Douglas S. Stanger,
Chapter 7 Trustee

Order Filed on April 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen Agresta,

    Debtors.

Honorable Andrew B. Altenburg, Jr.

Chapter: 7

Bankr. No.: 18-13271 (ABA)

## ORDER DISMISSING CASE

  The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: April 26, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8238517 v1

**(Page 2)**
Debtor: Stephen Agresta
Case No.: 18-13271-ABA
ORDER DISMISSING CASE

_____

As set forth on the record in open court on December 8, 2020, the Court's Letter to Counsel filed on December 8, 2020 (Dkt. No. 76), and in the Order Authorizing the Trustee's Further Use of the Shares of Clem Properties, Inc. and CS Auto Parts, Inc. (Dkt. No. 79), and upon the Certification of Counsel filed with the Court, it is hereby ORDERED that;

1. The above referenced bankruptcy case is dismissed and the Clerk is directed to close the case.

2. Douglas S. Stanger, Chapter 7 Trustee of the Estate of Stephen Agresta is hereby directed to turn over all funds, after deducting any allowed administrative expenses, to Karen Connor, the Executor to the Estate of Stephen Agresta.

3. The Court retains jurisdiction to adjudicate any dispute arising from this Order.

8238517 v1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-13271-ABA

Stephen Agresta  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2

Date Rcvd: Apr 26, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Stephen Agresta, 1001 Kresson Road, Cherry Hill, NJ 08003-2724 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen I Gorski | on behalf of Creditor Gorski & Knowlton PC agorski@gorskiknowlton.com |
| Charles D Whelan, III | on behalf of Creditor Total Rental Inc. whelaw@ix.netcom.com |
| Damien Nicholas Tancredi | on behalf of Trustee Douglas S. Stanger damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | |

| | |
|---|---|
| | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | |
| | on behalf of Attorney Flaster Greenberg P.C. doug.stanger@flastergreenberg.com, diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | |
| | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | |
| | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Mark K. Smith | |
| | on behalf of Debtor Stephen Agresta markksmithlaw@aol.com  Romasmith@aol.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF10 Master Participation Trust nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Pamela Elchert Thurmond | |
| | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov  Karena.Blaylock@phila.gov |
| Rebecca Ann Solarz | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 2007-13 rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16